Argued January 24, affirmed January 28, petition for rehearing
denied February 23, petition for review
denied April 11, 1972

GILLETTE, *Appellant, v.* DUSHANE ET AL,
*Respondents.*

493 P2d 67

*Gary K. Jensen,* Eugene, argued the cause for appellant. With him on the brief were Dwyer, Jensen & Kulongoski, Eugene.

*Stanton F. Long,* Eugene, argued the cause for respondents. With him on the brief were Johnson, Johnson & Harrang, Eugene.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

Petitioner appeals from an adverse ruling of the circuit court on a writ of review wherein the petitioner challenged a ruling of the Eugene Civil Service Commission which upheld a denial of permanent status to petitioner as a lieutenant in the Eugene Fire Department. We adopt the part of the trial court's opinion, as follows:

"* * * [I]t is the opinion of the Court that the hearing afforded the employee was not required by the ordinances of the city, but was rather a matter of grace. This is because the petitioner was operating under a probationary appointment to the rank of lieutenant, and such an appointment may be terminated by the appointing body at any time without a right to appeal under Rule XVIII, section 4 of the Rules of the Civil Service Commission.

"Inasmuch as the hearing was a matter of grace and not that required by Rule XXII to be held in the case of demotion of permanent employees, the burden of proof provided by section 9 of Rule XXII did not apply.

"It is therefore the conclusion of the Court that the determination of the Civil Service Commission in this matter should be affirmed * * *."

Affirmed.